EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mike.seabright@usdoj.gov

JAMES M. LORD
Special Assistant U.S. Attorney
601 Union Street, Ste. 5100
Seattle, Washington 98101
Telephone: (206) 553-7970
Facsimile: (206) 553-0882
Email: jim.lord@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 09 2003

at ____ o'clock and ____ min. ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  CR03-00178 |
| Plaintiff, | ) | |
| vs. | ) | INDICTMENT |
| LAURYN GALINDO, | ) | [18 U.S.C. §§ 1546(a) and 2] |
| Defendant. | ) | |

DAE

SEALED
BY ORDER OF THE COURT

INDICTMENT

The Grand Jury charges:

On or about May 12, 1998, at Phnom Phen, Cambodia, the defendant LAURYN GALINDO, who resides in the District of Hawaii, and others known and unknown to the Grand Jury, knowingly caused, and aided and abetted, an immigrant visa for a four-year old Cambodian girl (hereinafter "the Adoptive Child") to be possessed, obtained, and received by the Adoptive Child, which the defendant knew to have been procured by means of a false claim and statement and otherwise procured by fraud and unlawfully obtained, in that the defendant falsely represented, and caused to be falsely represented, on the INS Petition to Classify Orphan as an Immediate Relative that the Adoptive Child had no parents, and on the U.S. State Department Application for Immigrant Visa and Alien Registration that the identity and

//
//
//
//
//
//
//
//

biographical information of Adoptive Child's father, mother, and next of kin was unknown.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

DATED: April 9, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

JAMES M. LORD
Special Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. LAURYN GALINDO
Cr. No. _____
"Indictment"

3